UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

REANNETTE R. RALPH,
                                             **INDICTMENT**

        Defendant.
_____/

The Grand Jury charges:

## COUNT 1
### (Theft of Mail Matter by Postal Employee)

On or about April 10, 2024, in Kent County, in the Southern Division of the Western District of Michigan,

REANNETTE R. RALPH,

a United States Postal Service employee, embezzled, stole, abstracted, and removed letters and mail, and an article or thing contained therein, that had been entrusted to her and which came into her possession that were intended to be conveyed by mail. Specifically, the defendant, as a mail handler at the United States Postal Service Grand Rapids Processing and Distribution Center, knowingly removed mail matter from the post office, opened those items, removed a stored value card from one of the items, and discarded the mail matter in a drain.

**18 U.S.C. § 1709**

## COUNT 2
### (Delay or Destruction of Mail)

On or about April 10, 2024, in Kent County, in the Southern Division of the Western District of Michigan,

REANNETTE R. RALPH,

being a Postal Service employee, unlawfully secreted, destroyed, detained, delayed, and opened letters and mail entrusted to her and which came into her possession, and which were intended to be conveyed by mail, and carried and delivered by any carrier or other employee of the Postal Service.

**18 U.S.C. § 1703(a)**

A TRUE BILL

[ /s/ Redacted ]
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_[signature]_

CHRISTOPHER M. O'CONNOR
Assistant United States Attorney

2